IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHUKARA M. GRIFFIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. CV-05-0014-CI<br><br><br><br>ORDER |

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for Supplemental Security Income disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.   On remand, the administrative law judge (ALJ) will: 1) re-evaluate Plaintiff's obesity as a severe impairment and assess its impact on her sleep disorder, pain complaints, and fibromyalgia; 2) re-evaluate the opinions

of Drs. Shipowick, Rubin,, and Lee, and explain the weight given their opinions; 3) as necessary, obtain medical and vocational expert testimony; 4) proceed through the sequential evaluation process; and 5) complete any other action necessary to develop the record and issue a new decision.

DATED this <u>19th</u> day of <u>September</u> 2005.

<u>S/ CYNTHIA IMBROGNO</u>
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2205
FAX:  (206) 615-2531
Jeffrey.H.Baird@ssa.gov